UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES W. REYNOLDS, individually and dba Shakey'S Pizza Restaurant, <br><br> Defendant. | CASE NO. CV-03-1295 HLH (SHx) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant CHARLES W. REYNOLDS, individually and dba Shakey's Pizza Restaurant, [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | |
|---|---|
| a. Total judgment | $21,588.00 |
| b. Costs after judgment | $ -0- |
| c. Attorneys fees: | $ -0- |
| d. Subtotal (*add a and b*) | $21,588.00 |
| e. Credits after judgment | $ -0- |
| f. Subtotal (*subtract d from c*) | $21,588.00 |
| g. Interest after judgment | $ 4,781.88 |

RENEWAL OF JUDGMENT - CASE NO. CV-03-1295 HLH (SHx)    1

|   |   |   |
|---|---|---|
| h. Fee for filing renewal application | $ -0- |
| i. **Total renewed judgment** *(add e, 5, and g)* | $26,369.88 |

DATED: 3/22/12            CLERK, by  Lori Muraoka, Deputy Clerk ,
                          Deputy    U.S. District Court

Thomas P. Riley, SBN# 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
727 West Seventh Street, Suite 722
Los Angeles, CA 90017-3714

Tel: 213-229-9292
Fax: 213-229-9295

Attorney for Plaintiff
Kingvision Pay-Per-View, Ltd.

FILED
CLERK, U.S. DISTRICT COURT
MAY 1 2 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Central District of California

| | |
|---|---|
| Kingvision Pay-Per-View, Ltd., | Case No. CV 03-1295 HLH (SHx) |
| Plaintiff, | JUDGMENT ~~(Proposed)~~ |
| vs. | Priority Send ___ |
| Charles W. Reynolds, et al. | Enter ___ Closed ___ JS-5/JS-6 [X] JS-2/JS-3 ___ Scan Only ___ |
| Defendant. | |

Default having been entered in this action on April 8, 2003 the application for and declarations in support of default judgment having been filed on April 16, 2003 and having been served on the Defendant and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///
///
///

Page 1



IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be entered against Defendant Charles W. Reynolds individually and d/b/a Shakey's Pizza Restaurant; and in favor of Kingvision Pay-Per-View, Ltd. as follows:

a. 47 U.S.C. § 605 (e)(3)(B)(iii) and (c)(ii):   $19,800   $ ~~50,000.00~~

b. ~~47 U.S.C. § 553 (b)(2) and (c)(2)(c):~~   ~~$ 50,000.00~~

c. 17 U.S.C. §501:   ~~$ 10,000.00~~

d. California Bus. & Prof. Code § 17200:   ~~$ 5,000.00~~

e. Conversion for misappropriation:   ~~$ 1,000.00~~

Total: ~~$ 116,000.00~~ $19,800

plus $1,788 attorneys fees,

Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $~~116,000.00~~ $21,588, plus costs of $_____

IT IS SO ORDERED:

_____   Dated: 5/12/03
The Honorable Harry L. Hupp
Judge of the United States District Court
Central District of California

///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 727 West Seventh Street, Suite 722, Los Angeles, California 90017-3714. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 16, 2003, I served:

JUDGMENT (Proposed)

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Charles W. Reynolds                    Defendant
26419 Ovid Avenue
Lomita, CA 90717

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed April 16, 2003 at Los Angeles, California.

Dated: April 16, 2003

INESA MAMIDJANYAN

# PROOF OF SERVICE

CHARLES W. REYNOLDS, individually and dba
Shakey's Pizza Restaurant
26419 Ovid Avenue
Lomita, CA 90717

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

AMENDED APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT

RENEWAL OF JUDGMENT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2012.

                                             /s/ Karene Jen
                                                  Karene Jen