AL LUSTGARTEN BAR # 189503
LUSTGARTEN LAW
30851 AGOURA RD # 114
AGOURA HILLS, CA 91301
818-907-5866  818-461-5959  (FAX)
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT of CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES W. REYNOLDS, et al.,<br><br>Defendant | Case No.: 2:03-CV-01295-HLH-SH<br><br>**APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK** |

■ Judgment Creditor

☐ Assignee of record applies for renewal of the Consent Judgment as follows:

1. Applicant (*name and address*):

    KINGVISION PAY-PER-VIEW, LTD
    C/O AL LUSTGARTEN
    LUSTGARTEN LAW
    30851 AGOURA RD # 114
    AGOURA HILLS, CA 91301

2. Judgment debtor (*name and last known address*):

    Charles W. Reynolds, individually and dba Shakey's Pizza Restaurant
    29438 Canyon Valley Dr.
    Lake Elsinore, Ca 92530

3. Original Judgment

    a. Case Number (specify):  2:03-CV-01295-HLH-SH
    b. Entered on *(date)*:         5/12/03
    c. Recorded:
       (1) Date: 8/4/03
       (2) County: Los Angeles
       (3) Instrument No.: 20032235442

4. ■ Judgment previously renewed (*specify each case number and date*):
   Case No.: 2:03-CV-01295-HLH-SH  entered on 3/22/12

5. ■ Renewal of money judgment:
   a. Total Judgment                                      $ 26,369.88
   b. Costs after Judgment                                $      0.00
   c. Subtotal *(add a and b)*                            $ 26,369.88
   d. Credits after Judgment                              $      0.00
   e. Subtotal *(subtract d from c)*                      $ 26,369.88
   f. Interest after Judgment (rate of 2.5% per annum)    $  6,500.36
   g. Fee for filing renewal application                  $      0.00
   h. **Total renewed Judgment** *(add e, 5 and g)*  $ 32,870.24

6. ☐ Renewal of judgment for    ☐ possession
                                ☐ sale

   a. ☐ If judgment was not previously renewed, terms of judgment as entered.

   b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

   c. ☐ Terms of judgment remaining unsatisfied.

7. Waiver of costs: Judgment Creditor hereby waives the accrual of any costs in this matter.

8. Acknowledgment of credit: $0.00.

9. Accrued Interest: Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of $6500.36. The rate of interest is 2.5% per annum which is less than an approximation of the rates of interest charged on federal judgments during the entire time period. This has been calculated for the entire period of ten years.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on January 28, 2022, at Agoura Hills, California.

                           /s/ *AL LUSTGARTEN*
                           AL LUSTGARTEN ( SBN # 189503)

PROOF OF SERVICE

Charles W. Reynolds, individually and dba Shakey's Pizza Restaurant
29438 Canyon Valley Dr.
Lake Elsinore, Ca 92530

I do say and declare:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen (18) years and not a party to the within cause.  My business address is 30851 Agoura Rd # 114 Agoura Hills, Ca 91301.  On the date set forth below, I served the attached:

APPLICATION FOR AND RENEWAL OF JUDGMENT
[PROPOSED] RENEWAL OF JUDGMENT

on the above-named person(s) by:

__XXX___     (BY MAIL)  Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Agoura Hills, California, addressed to the person served above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 28th day of January 2022.

_____/s/Cheri Bordeaux_____
Cheri Bordeaux