FOR OFFICE USE ONLY

Al Lustgarten Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-59596

UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD, | Case No.: 2:03-CV-01295-HLH-SH |
| Plaintiff, | **NOTICE OF RENEWAL OF JUDGMENT** |
| vs. | BY CLERK |
| CHARLES W. REYNOLDS, et al., | |
| Defendant | |

**TO JUDGMENT DEBTORS: Charles W. Reynolds, individually and dba Shakey's Pizza Restaurant**

1.　This renewal extends the period of enforceability of the judgment until 10 years from the date the application for renewal was filed. The renewal of the money judgment is for the following amounts:
　　Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 26,369.88 |
| b. | Costs after judgment | $     0.00 |
| c. | Subtotal | $ 26,369.88 |
| d. | Credits after judgment | $     0.00 |
| e. | Subtotal (subtract d from c) | $ 26,369.88 |
| f. | Interest after Judgment (2.5% per annum) | $  6,500.36 |
| g. | Fee for filing renewal application | $     0.00 |
| h. | Total renewed judgment (add e,f, and g) | $ 32,870.24 |

2.　If you object to this renewal, you may make a motion to vacate or modify the renewal with this court.
3.　You must make this motion within 30 days after service of this notice on you.
4.　A copy of the Application for and Renewal of Judgment is attached (Cal.Rules of Court, Rule 3.1990)

Dated:___02/03/2022_____　　　　Clerk By Deputy_____

KIRY K. GRAY, Clerk,
U.S. District Court